# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-02469-STA-egb |
| ) | |
| WEST TN SPECIAL TECH ) | |
| RESOURCE CTR, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| and ) | |
| ) | |
| NICOLE BOGAN a/k/a ) | |
| NICOLE DONALD, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO ADMINISTRATIVELY CLOSE CASE

Before the Court is the Motion of the United States of America (the "Government") to Administratively Close this Case (ECF No. 22). No party has filed a response in opposition to the instant Motion, and, as the Government filed the Motion on November 28, 2017, the time to do so has now passed. *See* W.D. Tenn. R. 7.2(a)(2).

Administratively closing a case is a case-management tool used by district courts to obtain an accurate count of active cases. *CitiFinancial Corp. v. Harrison*, 453 F.3d 245, 250 (5th Cir. 2006). That is, the court may close a case administratively for statistical purposes. *Corion Corp. v. Chen*, 964 F.2d 55, 56–57 (1st Cir. 1992); *see also Lehman v. Revolution Portfolio L.L.C.*, 166 F.3d 389 (1st Cir. 1999) (citations omitted) ("Th[is] method is used in various districts throughout the nation in order to shelve pending, but dormant, cases."). The court in *Lehman* "endorse[d] the

judicious use of administrative closings by district courts in circumstances in which a case, though not dead, is likely to remain moribund for an appreciable period of time." 166 F.3d at 392.

As the Government points out, the case-at-bar is likely to consist only of the collection and application of the restitution money for its duration. Consequently, the Clerk of Court is **DIRECTED** to close the case for statistical purposes. Nothing contained in this order, however, shall be considered as a dismissal or disposition of this action. Should further proceedings become necessary, either party may initiate that proceeding in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

    s/ S. Thomas Anderson
    S. THOMAS ANDERSON
    CHIEF UNITED STATES DISTRICT JUDGE

    Date: December 13, 2017.